SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
JUAN VALENCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>         Plaintiff,<br><br>    vs.<br><br>37 SFR OWNER, LLC; GHAYCHOUHI HOONANIAN, AS TRUSTEE OF THE HOONANIAN FAMILY TRUST; and DOES 1 to 10,<br><br>         Defendants. | Case No.: 2:23-cv-02775 DMG (Ex)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff Juan Valencia ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

 DATED:  October 20, 2023          **SO. CAL EQUAL ACCESS GROUP**


                                                          */s/ Jason J. Kim*
                                                          JASON J. KIM
                                                          Attorney for Plaintiff